UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:23-cr-276 (ACR) |
| ) | |
| ADRIAN SCHMIDT ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

*Brian Brady*
Assistant United States Attorney

Approved:

_____    Date: 5/29/24
Anna C. Reyes
United States District Judge